505 F.2d 476
 87 L.R.R.M. (BNA) 3039, 164 U.S.App.D.C. 369,
75 Lab.Cas. P 10,526
 National Association of Orchestra Leaders
v.
N. L. R. B.
 73-2067
 UNITED STATES COURT OF APPEALS District of Columbia Circuit
 11/11/74
 
 1
 N.L.R.B.
 
 PETITION DENIED
 
 2
 ---------------
 
 
 
 * The judgment or order is accompanied by a Memorandum explanatory of the judgment. Such memorandum is not included with the opinions of the Court that are printed, and it may not be cited in briefs or memoranda of counsel as precedents, under local rule.